

# LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/19

November 12, 2019

VIA ECF
The Honorable Ronnie Abrams, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: Olsen v. R.Y. Management Co. Inc., 1:19-cv-6261 (RA)

Dear Judge Abrams:

This firm represents Plaintiff Thomas J. Olsen and we submit this letter on behalf of all parties to advise the Court this matter has been amicably resolved. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) any existing deadlines and conferences be adjourned *sine die*, including the November 15, 2019, 2:45 p.m., Initial Pretrial conference. We respectfully apologize for not submitting this sooner. It was, however, just this past Friday the parties agreed upon the terms.

We appreciate the Court's consideration of these requests.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Gina M. Piazza (Via ECF)

Application granted. By separate order, the Court has discontinued the case without costs to any party and without prejudice to restoring the action to the Court's docket within 30 days. Accordingly, the status conference scheduled for November 15, 2019 is adjourned *sine die*.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 12, 2019